**SO ORDERED.**

**SIGNED this 22 day of December, 2017.**



_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

IN RE:

**PATRICK ONEAL HEATH**　　　　　　　　**CASE NO.: 17-06083-5-JNC**
**2705 Hatteras Drive**　　　　　　　　　　**CHAPTER 12**
**Pink Hill, NC 28572**
**Tax ID: 46-2863533**

　　　　　　　**Debtor**

## NOTICE AND ORDER SETTING STATUS CONFERENCE

This matter is before the Court on the Chapter 12 petition of the Debtor(s), and

It appearing to the Court that a conference with the Debtor, counsel for the Debtor, Trustee and secured creditors of the Debtor is necessary to determine the issues to be tried prior to and at confirmation hearing; now therefore,

NOTICE IS HEREBY GIVEN TO ALL SECURED CREDITORS OF A STATUS CONFERENCE TO BE HELD ON THE DATE, TIME, AND PLACE INDICATED BELOW.

You are invited to attend and participate in the discussion. The purpose of the conference is to identify the assets and secured liabilities of Debtor, discuss the intentions of Debtor regarding a plan of reorganization, identify the property the Debtor intends to retain and to discuss the ability of Debtor to fund a plan. Any secured creditor with a motion to lift stay pending should be prepared to discuss such motion, including adequate protection of its collateral. You should bring with you copies of any notes and security documents supporting your secured claims. Your participation in the conference will facilitate the administration of the estate of the Debtor, now therefore

IT IS HEREBY ORDERED that:

(1)  The Debtor, counsel for Debtor, and Trustee shall attend a status conference at the **United States Bankruptcy Court, <u>341 Meeting Room, 300 Fayetteville Street, Suite 130, Raleigh</u>,** North Carolina, 27601 on

## DATE: JANUARY 17, 2018

## TIME: 2:30 P.M.

(2)  The Debtor shall bring to the conference a copy of the income tax returns for the three years preceding the filing of the petition, a statement from the ASCS office reflecting the crop allotments on each tract of land owned by the Debtor, an inventory of crops planted and harvested and of the livestock owned by the Debtor when the petition was filed, a list of all equipment owned, its location and any other information necessary to enable the secured creditors and the Court to identify the assets of the debtor(s) and the secured interests therein.

(3) Debtor and counsel for Debtor shall be prepared to address and participate in discussion at the conference on the following issues:

a.  Assets and liabilities:  Property owned by Debtor, a brief description, its value, secured creditors with liens thereon, and amount of liens (status of security interest of creditors).

b.  Exemptions: Property claimed as exempt by Debtor, its value and lienholder (if applicable).

c.  Unencumbered property: Property unencumbered and its value.

d.  Tentative plan: Debt restructuring, feasibility, property debtor proposes to retain, its value and earnings of Debtor (including past and projected earnings).

e.  Value of operator services/Debtor's personal living allowance.

f.  Disposable Income calculation (projected gross earnings and projected operating expenses).

(4) Additional issues may be discussed at the conference as a result of the attendance by secured creditor and trustee such as those arising out of disputed claims, the proper recording of security instruments, avoidance of transfers, etc.  Debtor and counsel for the Debtor must be prepared to provide information with respect to these and other issues.

(5) At the conclusion of the conference, an order shall be entered, with consent of parties attending the conference, reciting any agreements reached by the parties and identifying issues to be tried at the confirmation hearing.

**END OF DOCUMENT**